# Court of Appeals
# of the State of Georgia

ATLANTA, ___March 12, 2014___

*The Court of Appeals hereby passes the following order:*

**A14A0888.  TROY LEE CARTER v. THE STATE.**

In 1997, Troy Lee Carter was convicted of rape and sentenced to 20 years' imprisonment.  In 2012, he filed a "motion to vacate void sentence."  The trial court denied his motion, and we dismissed his appeal.  See Case No. A13A2089 (Order of August 22, 2013).  After the case returned to the trial court, Carter filed a "motion to modify sentence to correct a clerical error."  The trial court denied his motion and Carter filed an appeal, which has been docketed in this Court as case number A14A0889.

When the record for A14A0889 was transmitted to this Court, Carter's earlier notice of appeal was included.  It was erroneously docketed as the instant, separate appeal.  Because we have already disposed of Carter's challenge to the trial court's denial of his motion to vacate, we lack jurisdiction to review that order again.  Accordingly, this case is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 03/12/2014
 *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
 *Witness my signature and the seal of said court* hereto affixed the day and year last above written.



_____ , *Clerk.*